IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| EMMANUEL NNAJI, | § § | |
| Movant, | § § | |
| VS. | § § | NO. 4:19-CV-319-A (NO. 4:09-CR-172-A) |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the court's order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the motion of movant, Emmanuel Nnaji, for reduction in sentence be, and is hereby, denied.

SIGNED April 18, 2019.

_____
JOHN McBRYDE
United States District Judge